10/19/26

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT 19 2026
FILED/REC'D
CLERK OF COURT

UNITED STATES District Court for Western District of Wisconsin

Sebastian Taylor
Plaintiff,

Case No: 2026 DR 007035 2026CM001649
Complaint Filed: 26-cv-1050-jdp

v.

State of Wisconsin
~~SEBASTIAN TAYLOR~~
Defendant

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(a)

Sebastian Taylor
2234 Wann Ln #302
Madison WI 53713

trustlivingtrust 26
@gmail.com